```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16444
    ROSEATTA SHERISE LOWERY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5409

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/10/2007 and was not confirmed.

    The case was dismissed without confirmation 10/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
ILLINOIS SECRETARY OF ST  PRIORITY       NOT FILED            .00          .00
CITY OF CHICAGO PARKING   PRIORITY       NOT FILED            .00          .00
HSBC/TAX                  PRIORITY       NOT FILED            .00          .00
WEST ASSET                UNSECURED      NOT FILED            .00          .00
AMERICAS FINANCIAL CHOIC  UNSECURED      NOT FILED            .00          .00
TELECHECK                 UNSECURED      NOT FILED            .00          .00
HARVARD COLLECTION SERVI  UNSECURED      NOT FILED            .00          .00
JVDB ASSOCIATES           UNSECURED      NOT FILED            .00          .00
MONTEREY COLLECTIONS      UNSECURED      NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1593.15           .00          .00
SURETY FINANCE            UNSECURED      NOT FILED            .00          .00
COLUMBUS B&T GEORGIA      UNSECURED      NOT FILED            .00          .00
CREDIT PROTECTION         UNSECURED      NOT FILED            .00          .00
EMCC-MH HOMES LLC         UNSECURED      NOT FILED            .00          .00
PREMIER BANKCARD          UNSECURED          684.66           .00          .00
GREAT AMERICAN FINANCE    UNSECURED      NOT FILED            .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         1254.00           .00          .00
HORSESHOE CASINO          UNSECURED      NOT FILED            .00          .00
BENEFICIAL COMMERCIAL     UNSECURED      NOT FILED            .00          .00
COMCAST                   UNSECURED      NOT FILED            .00          .00
TCF NATIONAL BANK         UNSECURED      NOT FILED            .00          .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED            .00          .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED            .00          .00
TCF NATIONAL BANK         UNSECURED      NOT FILED            .00          .00
AVON PRODUCTS             UNSECURED      NOT FILED            .00          .00
ASPIRE                    UNSECURED      NOT FILED            .00          .00
LASALLE BANK              UNSECURED      NOT FILED            .00          .00
MERCHANTS INTERSTATE      UNSECURED      NOT FILED            .00          .00
HSBC/TAX                  UNSECURED      NOT FILED            .00          .00
AFFINITY CASH LOANS       UNSECURED      NOT FILED            .00          .00
HALSTED FINANCIAL SERVIC  UNSECURED      NOT FILED            .00          .00
CPS                       UNSECURED      NOT FILED            .00          .00
CONSOLIDATED PUBLIC SERV  UNSECURED      NOT FILED            .00          .00
CPS                       CURRENT MORTG        .00            .00          .00
CPS                       CURRENT MORTG        .00            .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16444 ROSEATTA SHERISE LOWERY
```

```
CPS                      SECURED NOT I       .00              .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                            ---------------     ---------------
TOTALS                         .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/22/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE